IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| UNITED STATES OF AMERICA | * |
|---|---|
| v. | CRIMINAL NO. GJH 14cr376 |
| JANICE MCCUMBIE, | (UNDER SEAL) |
| LEONARD SMEDLEY II | |
| AMBER GAYLEARD, and | |
| BRIAN HOOPER | |

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Leah J. Bressack, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing this Motion, the Indictment, the Arrest Warrants, and all other documents filed in the above-captioned matter. The appearance of the aforementioned documents in the public record prior to any enforcement action, even in redacted form, may cause Janice McCumbie, Leonard Smedley II, Amber Gayleard, and Brian Hooper, and other targets of the investigation to flee and/or remove or destroy evidence.

**WHEREFORE**, the government requests that this Motion, the Indictment, the Arrest Warrants, and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Motion, the Arrest Warrants, and the Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Leah J. Bressack
Assistant United States Attorney


**ORDERED** as prayed, this 6th day of August 2014.

_____
United States Magistrate Judge