IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH-14-0376 |
| | * | |
| BRIAN HOOPER, | * | |
| | * | |
| Defendant. | * | |

*************

## FINAL ORDER OF FORFEITURE

1. As the result of Defendant Brian Hooper's plea of guilty to Count One of the Indictment, for which the Government sought forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), and pursuant to the plea agreement entered into by the Defendant on or about November 6, 2014, the Defendant shall forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1343 and 1349.

2. The stipulated facts demonstrated that the Defendant derived at least $1,031,571.96 in United States Currency as proceeds of the offense of conviction. Consequently, the total amount of $1,031,571.96 is HEREBY IMPOSED AS A MONEY JUDGMENT against the defendant, for which he is jointly and severally liable with co-defendant Leonard Smedley, Janice McCumbie and Amber Gayleard.

3. Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the forfeited property.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence.

1

5.   The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6.   The Clerk of the Court shall provide copies of this Order to all parties of record.

2/2/2015
Date

George Jarrod Hazel
United States District Judge